UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KONABEAR, INC.,

    Plaintiff,

vs.

DIGVIJAY PATEL,

    Defendant.

Case No. 15-3096 LB

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

    Now before the Court is the Parties' Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, this Court hereby dismisses this action with prejudice. It is further ordered that this Court shall retain jurisdiction over all parties and of this matter in law and equity for the period of one year, for purposes of enforcing and/or adjudicating disputes arising in connection with the settlement agreement entered by the parties. Any such matters shall be raised my noticed motion.

    It is SO ORDERED.

Dated: March 17, 2016

_____
Magistrate Judge Laurel Beeler

PROPOSED ORDER
Case No. 15-3096 LB

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

1